**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Stuart C. COLE, Defendant–Appellant.**

No. 02–6465.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2002.

Decided June 3, 2002.

Stuart C. Cole, Appellant Pro Se. Brian Lane Whisler, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Stuart C. Cole appeals the district court's order denying his motion for bond pending a decision on his 28 U.S.C.A. § 2255 (West Supp.2001) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Cole,* Nos. CR–97–87; CA–99–424–3–V (W.D.N.C. Mar. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*